IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WRONGFUL DEATH ESTATE
OF MIGUEL GONZÁLEZ,
by and through Wrongful Death
Estate Personal Representative
Joanna Rodríguez,

JOANNA RODRIGUEZ, on her
own behalf and as
Mother and Next Friend of
ME Gonzalez, a minor child,
DJ Gonzalez, a minor child,
and AX Gonzalez, a minor child,

                      Plaintiffs,

vs.                                    No. 18-CV-00125-KG-LF

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, NEW
MEXICO, MANUEL GONZALES, III, Sheriff
of Bernalillo County, CHARLES COGGINS, a Deputy
Sheriff of the Bernalillo County Sheriff's
Department, and JOHN DOES 1 through
7, Deputy Sheriffs (Deputy Sheriffs) of the Bernalillo
County Sheriff's Department, Individually
and in their Official Capacities,

                      Defendants.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 16th day of July, 2018, the following parties or counsel were ssubmitted via e-mail to Luis Robles:  preliminary report of William Harmening and preliminary report of M. Brian McDonald.

Respectfully submitted,

 **/s/ Gene N. Chavez**
Gene N. Chavez
Chavez Law Offices, P.A.

1220 5th Street NW
Albuquerque, NM 87102
505-243-4363
505-217-2157-fax
gene@chavezlawoffices.com

*Attorney for Plaintiff*

I hereby certify the foregoing was served via the CM/ECF system on this 17th day of July, 2018, on all counsel of record.

**/s/Gene N. Chavez**
Gene N. Chavez

2