IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WRONGFUL DEATH ESTATE
OF MIGUEL GONZÁLEZ,
by and through Wrongful Death
Estate Personal Representative
Joanna Rodríguez,

JOANNA RODRIGUEZ, on her
own behalf and as
Mother and Next Friend of
ME Gonzalez, a minor child,
DJ Gonzalez, a minor child,
and AX Gonzalez, a minor child,

    Plaintiffs,

vs.                                                                       CIV 18-00125 KG/LF

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, NEW
MEXICO, MANUEL GONZALES, III, Sheriff
of Bernalillo County, CHARLES COGGINS, a Deputy
Sheriff of the Bernalillo County Sheriff's
Department, and JOHN DOES 1 through
7, Deputy Sheriffs (Deputy Sheriffs) of the Bernalillo
County Sheriff's Department, Individually
and in their Official Capacities,

    Defendants.

### STIPULATED ORDER GRANTING
### COUNTY DEFENDANTS' MOTION FOR SEPARATE TRIALS
### ON PLAINTIFFS' PRIMARY AND MUNICIPAL LIABILITY CLAIMS

THIS MATTER came before this Court on the County Defendants' Motion for Separate Trials on Plaintiffs' Primary and Municipal Liability Claims (Doc. 97), filed on December 12, 2018. Although Plaintiffs originally opposed the Motion, Plaintiffs have since indicated the

Motion is unopposed. The Court, having reviewed the Motion, considered all parties concur in the Motion, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

    IT IS THEREFORE ORDERED that:

A. County Defendants' Motion for Separate Trials on Plaintiffs' Primary and Municipal Liability Claims is GRANTED; and

B. Plaintiffs' primary claims (Counts I, II, III and V of Plaintiffs' Second Amended Complaint (Doc. 66)) will be tried separately from Plaintiff's municipal liability claim (Count IV of Plaintiffs' Second Amended Complaint).

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

ROBLES, RAEL & ANAYA, P.C.


By:    /s/ Luis Robles   
      Luis Robles
      Nicholas Autio
      Attorneys for County Defendants
      500 Marquette Ave. NW, Suite 700
      Albuquerque, New Mexico 87102
      (505) 242-2228
      (505) 242-1106 (facsimile)
      luis@roblesrael.com
      nick@roblesrael.com

APPROVED BY:

CHAVEZ LAW OFFICES, PA


By: <u>Approved via email on January 9, 2019</u>
Gene N. Chávez
Attorney for the Wrongful Death Estate of
Miguel González, decedent
1220 5th Street, NW
Albuquerque, NM 87102
505-243-4363
505-217-2157-fax
gene@chavezlawoffices.com