IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WRONGFUL DEATH ESTATE
OF MIGUEL GONZÁLEZ,
by and through Wrongful Death
Estate Personal Representative
Joanna Rodríguez,

JOANNA RODRIGUEZ, on her
own behalf and as
Mother and Next Friend of
ME Gonzalez, a minor child,
DJ Gonzalez, a minor child,
and AX Gonzales, a minor child,

    Plaintiffs,

    vs.                                                        No. CV 18-125 KG/LF

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, NEW
MEXICO, MANUEL GONZALES, III, Sheriff
of Bernalillo County, CHARLES COGGINS, a Deputy
Sheriff of the Bernalillo County Sheriff's
Department, and JOHN DOES 1 through
7, Deputy Sheriffs (Deputy Sheriffs) of the Bernalillo
County Sheriff's Department, Individually
and in their Official Capacities,

    Defendants.

## PARTIAL JUDGMENT

Having granted Defendants Board of County Commissioners of the County of Bernalillo,

Manuel Gonzales, III, and Deputy Charles Coggins' (County Defendants) Motion to Dismiss No.

I: Dismissal of Plaintiffs' Spoliation Claim in Count V by Summary Order filed

contemporaneously herewith,

IT IS ORDERED THAT

1. Judgment is entered against Plaintiffs on Count V of their Second Amended Complaint; and

2. Count V of Plaintiffs' Second Amended Complaint is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE